UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
SANDRA VERMONT-HOLLIS AKA           : CHAPTER 13
SANDRA HOLLIS AKA
SANDRA VERMONT
    DEBTOR                          : CASE NO. 15-21837

                                                          : FEBRUARY 1, 2016

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for **U.S. BANK, N.A. AS TRUSTEE FOR U.S. BANK, N.A. BY DITECH FINANCIAL LLC, AS SERVICER**, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: February 1, 2016

                                                      By_____
                                                        Linda J. St. Pierre, Esq.
                                                        Hunt Leibert Jacobson, PC
                                                        50 Weston Street
                                                        Hartford, CT 06120
                                                       (860) 808-0606
                                                       Fed Bar No. CT 22287

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance and Request for Notice was served via first class, postage prepaid mail and/or via ECF e-mail this 1st day of February, 2016 to:

Sandra Vermont-Hollis
463 Cornwall Street
Hartford, CT 06112
(Debtor)

Susan L. Beckett
Beckett Law LLC
543 Prospect Avenue
Hartford, CT 06105
(Debtor's Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

By_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Fed Bar No. CT 22287