## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Sandra Vermont-Hollis aka Sandra Hollis, | : | |
| Aka Sandra Vermont | : | CASE NO. 15-21837 |
| Debtor | : | |
| | : | March 1, 2016 |

### APPEARANCE

Kindly enter the appearance of Cynthia Lauture, of the Office of the Corporation Counsel, as the Attorney for Creditor, City of Hartford.

Dated at Hartford, Connecticut this 1st day of March, 2016.

        CREDITOR,
        CITY OF HARTFORD


        BY: /s/ Cynthia Lauture
            Cynthia Lauture
            Office of the Corporation Counsel
            City of Hartford
            550 Main Street
            Hartford, CT 06103
            Federal Bar No. CT29491
            Email: Cynthia.Lauture@hartford.gov