**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re                                          )
    SANDRA VERMONT-HOLLIS            )          CHAPTER 13
    DEBTOR                                     )          CASE NO: 15-21837
_____  )

CERTIFICATE OF SERVICE
AS TO FIRST APPLICATION FOR COMPENSATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, and 7004, the undersigned certifies that the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. Documents Served:
   a. Application for Compensation
   b. Proposed Order
   c. Notice of Hearing

2. Parties Served Via First Class Mail on July 22, 2016:
   a. Sandra Vermont-Hollis, 463 Cornwall Street Hartford, CT 06112

3. Parties Served Electronically on June 2, June 3, 2016:
   a. Molly T. Whiton, Trustee (mtwhiton@mtwhiton.com)
   b. Office of the U.S. Trustee (USTPRegion02.NH.ECF@USDOJ.GOV)


                                                                 /s/ Suzann L. Beckett_____
                                                Suzann L. Beckett
                                                Commissioner of the Superior Court